## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**KEYAUN LEE,**

            **Plaintiff,**

v.                                                                                                    **CASE NO. 22-3296-JWL**

**UNIFIED GOVERNMENT OF**
**WYANDOTTE COUNTY, et al.,**

            **Defendants.**

### MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

Comes now, undersigned counsel, on behalf of Interested Party Wyandotte County Sheriff's Office, and moves this Court for an extension of time to file the Martinez Report ordered in this cause and in support thereof states as follows:

1. The report is currently due February 17, 2023.

2. Counsel received the notice of the case and order on or around February 6, 2023 and will need additional time to gather and review the information and documents necessary to prepare a report that will fully assist the Court in its screening process.

3. Plaintiff makes allegations relative to his medical care and treatment, and those records and very detailed and lengthy.

4. This is the first request for an extension.

5. This request is made in good faith and not for vexatious purpose or delay.

6. A forty-five-day extension, or until April 1, 2023 is requested to submit the report to the Court.

7. No further extensions should be required, and counsel anticipates that the report will be filed sooner than the requested extension.

**WHEREFORE**, the Wyandotte County Sheriff requests until April 1, 2023 to complete and submit the Martinez Report ordered in this cause.

Respectfully Submitted,

/s/ Joni Cole
Joni Cole, KBN 24798
Unified Government Legal Department
701 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of February, 2023, a true and correct copy of the foregoing Entry of Appearance was filed using the District Court CM/ECF system with a hard copy delivered via inhouse mail to the Plaintiff Keyaun Lee at the Wyandotte County Detention Center, F-13, 710 N. 7th Street, Kansas City, Kansas, 66101.

/s/ Joni Cole
Unified Government Legal Department