#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KEYAUN LEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CASE NO. 22-3296-JWL** |
| ) | |
| **UNIFIED GOVERNMENT OF** ) | |
| **WYANDOTTE COUNTY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

#### MARTINEZ REPORT

**COMES NOW**, counsel undersigned for Interested Party Wyandotte County Sheriff's Office (WYSO), and in accordance with the Court's Order on February 17, 2023 [DOC. 10], submits the following Martinez Report as an aid to the Court in further screening the merits of Plaintiff's claims. This report is limited to the issues identified in the Court's Order. WYSO reserves the right to seek leave to supplement this report in the unlikely event additional evidence is discovered or additional information is needed beyond the scope described herein.

#### Introduction

Plaintiff has filed a pro se complaint pursuant to 42 U.S.C. §1983. He is currently in the custody of the Kansas Department of Corrections but the events relative to his Complaint occurred while he was incarcerated at the Wyandotte County Detention Center. The Court ordered the WYSO to investigate and file a "Martinez Report" on an abbreviated schedule and limited in scope due to the nature of the Plaintiff's allegations.

#### Summary of Investigation

A third-party contractor, Wellpath, provides medical care and treatment to offenders incarcerated at the Wyandotte County Detention Center. At the request of the WYSO, Wellpath,

with the approval of their independent legal counsel, conducted a comprehensive review of Plaintiff's medical records, and have provided affidavit testimony and supporting documentation relative to Plaintiff's care and treatment during his incarceration. The WYSO can provide a full copy of Plaintiff's medical records upon order and under seal if the Court deems it necessary.

## FINDINGS OF THE WYANDOTTE COUNTY SHERIFF'S OFFICE

**Allegations:**

Plaintiff alleges "that he was not being provided with adequate care and supplies to manage his Foley catheter and colostomy bag, he was not being allowed to have clean linens or shower often enough despite his colostomy bag leaking, his pain was not being managed adequately, and he was experiencing potentially serious kidney and bladder complications that were not being appropriately addressed." [DOC. 10, pg. 1]

**Response:** The foregoing allegations are without merit. The affidavit and exhibits attached hereto are incorporated as if fully set forth herein. During his residency at the WCDC, Plaintiff received timely appropriate medical care and treatment for his ailments. He was transferred to the Kansas Department of Corrections on March 7, 2023 and is now under the care and treatment of their medical provider.

**Supporting Exhibit(s): A & B**

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Affidavit of Daniella Dull |
| B | Selected Medical Records of Plaintiff |

Respectfully Submitted,

/s/     Joni Cole
Joni Cole, KBN 24798
Legal Advisor to the Sheriff
701 N. 7th Street
Kansas City, Kansas 66101
Ph:  913-573-5069
Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March, 2023 a true and correct copy of the foregoing was filed using the District Court CM/ECF system with a hard copy delivered postage pre-paid to:

Keyaun Lee, #0114466
Kansas Department of Corrections
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas  67042

/s/     Joni Cole
Attorney for Interested Party
Wyandotte County Sheriff's Office