# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *KEYAUN LEE,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-3296-JWL |
| ) | |
| *UNIFIED GOVERNMENT OF* ) | |
| *WYANDOTTE COUNTY, et al.,* ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DEE-DEE GREGORY

COMES NOW Affiant, Dee-Dee Gregory, being duly sworn and states as follows:

1. My name is Dee-Dee Gregory. I am of sound mind, over the age of 21 years and capable of making this Affidavit. The following information is known to me personally.

2. I am the Health Services Administrator at Wyandotte County Detention Center ("WCDC").

3. I have reviewed Mr. Keyaun Lee's medical records. They are the type of records upon which I, and other medical providers and medical staff at WCDC, regularly document medical care and treatment, and rely on when making medical decisions.

4. Mr. Lee was transferred from Jackson County Detention Center ("JCDC") to WCDC on January 4, 2022.

5. Mr. Lee underwent a receiving screening by medical staff at WCDC on January 4, 2022. Mr. Lee self-reported a gunshot wound from 2014, use of a Foley catheter, and experiencing lower back pain. As a result of his receiving screening, Mr. Lee was referred to be seen regularly by the chronic care clinic, referred to mental health for PTSD treatment, and placed on medical

21652970.v1

treatment orders for use of lower tier/bunk housing. His medical records from JCDC were also requested. *See* Exhibit B, pgs. 1-10.

6. Mr. Lee was housed in the medical observation unit from January 4, 2022 until June 30, 2022, to better monitor his medical needs.

7. On January 6, 2022, Mr. Lee was seen by our onsite nurse practitioner. The NP noted Mr. Lee was transferred from JCDC where he was receiving antibiotics for a urinary tract infection ("UTI"). His transfer record also indicated that he had an indwelling catheter as a result of a spinal and bladder injury from a prior gunshot wound. The NP entered new medication orders for Xarelto (treat/prevent blood clots), Bactrim DS (antibiotic), oxybutynin chloride (treat bladder and urinary condition), Ciprofloxacin (antibiotic), and Tylenol Extra Strength. The NP also ordered for Mr. Lee's indwelling catheter to be changed twice monthly. *See* Exhibit B, pgs. 11-12.

8. Mr. Lee was observed daily by staff and no distress was noted until January 12th.

9. On January 12, 2022, Mr. Lee was seen by the NP for complaints of a burning sensation in his penis. He was encouraged to take prescribed pain medication and was educated that medical would change his indwelling catheter twice monthly. *See* Exhibit B, pgs. 13-14.

10. On January 14, 2022, Mr. Lee was noted to have demonstrated a good ability to empty his Foley bag as needed without any difficulties. *See* Exhibit B, pgs. 15-16.

11. On January 16, 2022, Mr. Lee indicated that he was doing fine and that he believed the antibiotics were working. *See* Exhibit B, pgs. 17-18.

12. On January 20, 2022, Mr. Lee was seen in chronic care for his initial visit. Mr. Lee was noted to have hypercoagulability disorder, which is an inherited or acquired condition that increases the risk of excessive blood clot formation. The treating provider noted fair control of the hypercoagulability disorder. It was noted that he was taking Xarelto to address his condition.

Mr. Lee was educated on his condition, and the treatment plan was to monitor for stability and good control of his hypercoagulability disorder and recurrent DVT's during the next three months. *See* Exhibit B, pgs. 19-22.

13. On January 26, 2022, Mr. Lee voiced that he continued to have minor pain to a nurse. Mr. Lee was educated on and encouraged to take his pain medication and was advised to place another sick call request if the pain was not resolved. *See* Exhibit B, pgs. 23-24.

14. Mr. Lee did not express any complaints or appear in distress in the following weeks.

15. On February 17, 2022, Mr. Lee was seen for complaints of nerve pain and back pain. Mr. Lee's Tylenol prescription was increased and he was encouraged to contact medical if the increased pain medication did not help. *See* Exhibit B, pgs. 25-26.

16. Mr. Lee did not voice any complaints over the next month.

17. On March 17, 2022, Mr. Lee was seen for his chronic care appointment. He had no new complaints. The plan was to continue treatment and monitoring for stability and good control of his hypercoagulability disorder and recurrent DVT's. His related medications were renewed. *See* Exhibit B, pgs. 27-31.

18. On March 25, 2022, Mr. Lee was seen in medical for complaints of his catheter bag becoming disconnected. The bag was cleaned and secured. Mr. Lee was educated on how to troubleshoot the catheter bag for such issues. *See* Exhibit B, pgs. 32-33.

19. On April 22, 2022, Mr. Lee refused to have his Foley catheter replaced. He was educated on urinary infections related to indwelling Foley catheters and the importance of timely replacement. Mr. Lee expressed understanding but still refused. Mr. Lee had also previously refused to have his catheter changed on March 10th and 23rd. *See* Exhibit B, pgs. 34-39.

20. On May 8, 2022, Mr. Lee was educated on how to change his Foley catheter. Mr. Lee denied any signs or symptoms of infection, and denied any other issues or concerns at that time. *See* Exhibit B, pgs. 40-41.

21. On June 29, 2022, Mr. Lee's indwelling catheter was removed and he was started on self-catheters to be offered as needed. *See* Exhibit B, pg. 42.

22. On June 30, 2022, Mr. Lee believed that a UTI was "starting." He was seen the next day by medical, at which time he complained of burning with urination and lack of appetite. He was prescribed phenazopyridine and Tylenol to address pain complaints. He was also instructed to contact medical if symptoms were not resolved within three days. *See* Exhibit B, pgs. 43-49.

23. On July 12, 2022, Mr. Lee was seen by medical due to continued complaints of pain related to a possible UTI. He was given a single dose of Rocephin (antibiotic) and seven days of Ciprofloxacin (antibiotic) to address his complaints and condition. *See* Exhibit B, pgs. 50-57.

24. On August 13, 2022, Mr. Lee was seen for a sick call request he submitted stating "I have a UTI and lower back and difficulty urinating there was a huge clot of blood." A urinalysis was performed. Mr. Lee was educated on the importance of cleaning his penis before straight catheterization due to the increased source of infection. Mr. Lee was provided with phenazopyridine and Tylenol to address his complaints of pain. He was also ordered Bactrim DS, an antibiotic. *See* Exhibit B, pgs. 58-59.

25. On August 18, 2022, Mr. Lee was seen for his chronic care appointment. His chronic care medication was renewed for 90 days, and additional Tylenol was also ordered.

26. On September 17, 2022, Mr. Lee was seen for lower back pain from his gunshot wound in 2014. His blood pressure was elevated at the time of the encounter, so daily blood pressure checks for seven days were ordered, along with amlodipine and Tylenol.

21652970.v1

27. On September 28, 2022, Mr. Lee was seen for sick call. He was given three catheters, lubrication, and a cup to collect urine for a urinalysis. *See* Exhibit B, pgs. 60-61.

28. On October 1, 2022, an order was entered to give Mr. Lee catheter supplies (catheters, lubrication, and briefs) as needed until he was released from WCDC. Supplies were provided to Mr. Lee on October 2nd, 10th, 13th, 17th, and 29th. *See* Exhibit B, pg. 62.

29. On October 2, 2022, results were received from the urinalysis as "abnormal." Mr. Lee was started on seven days of Bactrim DS.

30. On October 11, 2022, another urinalysis was ordered.

31. On October 20, 2022, Mr. Lee was started on a different antibiotic, Macrobid, for seven days to treat a possible UTI. *See* Exhibit B, pg. 63.

32. On November 10, 2022, Mr. Lee was seen for chronic care, and his medications were renewed.

33. On November 13, 2022, Mr. Lee self-reported a UTI. He was given a urine cup to collect a specimen. He refused the laboratory service on November 15th. *See* Exhibit B, pg. 64.

34. On November 15, 2022, Mr. Lee was seen for a possible UTI. Orders were entered for Mr. Lee to receive Rocephin for three days and to collect a specimen for urinalysis. *See* Exhibit B, pg. 65.

35. Mr. Lee was provided with catheter supplies on November 9th (catheters and lubrication), 10th (catheters and lubrication), and 11th (catheters and lubrication).

36. Mr. Lee did not express any further concerns or complaints through the end of December of 2022.

37. On December 29, 2022, Mr. Lee was seen by the provider regarding reports of refusing his catheter materials. Mr. Lee was educated again on medication compliance in regard

to his blood pressure medication and the effects it can have on his body and heart without taking the medication as instructed. Mr. Lee was also given catheter supplies and sent back to his housing unit.

38. Mr. Lee was provided with catheter supplies on December 1st (catheters and lubrication), 2nd (catheters and lubrication), 5th (catheters, lubrication, and briefs), 6th (catheters and lubrication), 7th (catheters and lubrication), 8th (catheters, lubrication, and briefs), 12th (catheters, lubrication, and briefs), 21st (catheters and lubrication), 22nd (catheters and lubrication), 23rd (catheters and lubrication), 24th (catheters, lubrication, and briefs), 27th (Mr. Lee refused catheters and lubrication), 28th (catheters and lubrication), and 29th (catheters and lubrication).

39. On January 26, 2023, Mr. Lee was seen by the provider for his chronic care appointment. Orders were received to renew his chronic care medications for 90 days. It was noted that his hypercoagulability control and status were good and stable.

40. Mr. Lee was provided with catheter supplies on January 1st (catheters, lubrication, and briefs), 3rd (catheters and lubrication), 12th (catheters, lubrication, and briefs), 20th (catheters, lubrication, and briefs), 26th (catheters, lubrication, and briefs), 27th (catheters and lubrication; Mr. Lee denied briefs), and 31st (Mr. Lee denied catheter supplies).

41. On January 31, 2023, Mr. Lee refused catheter supplies. *See* Exhibit B, pg. 66.

42. On February 9, 2023, Mr. Lee was seen by the provider for follow-up renewal for his straight catheters and oxybutynin. Orders were received to renew straight catheters for continued intermittent catheterizations and renewal of oxybutynin.

43. On February 20, 2023, Mr. Lee was prescribed Macrobid and Ciprofloxacin due to possible UTI.

44. On February 27, 2023, Mr. Lee was seen in the medical unit for a follow-up appointment upon completing antibiotics for the possible UTI. Mr. Lee denied pain or discomfort during self-catheterization. He further denied hematuria or any foul odor. He did not voice any concerns.

45. Mr. Lee was provided with catheter supplies on February 1st (catheters, lubrication, and briefs), 2nd (catheters, lubrication, and briefs), 6th (catheters, lubricant, and briefs), 18th (catheters), 22nd (catheters and lubrication; Mr. Lee denied briefs), and 27th (catheters and lubrication).

46. On March 1, 2023, Mr. Lee was provided with catheter supplies.

47. Mr. Lee was transferred to the Kansas Department of Corrections on or around March 7, 2023.

48. Based on my review of the records, Mr. Lee was regularly provided with hygienic supplies, depends, and regular catheter changes. None were denied by medical staff, though Mr. Lee denied catheter supplies and changes on multiple occasions.

49. There is no medical indication that Mr. Lee needed to be seen by a specialist or a physical therapist. He was regularly followed by our medical staff for his complaints, and he was seen regularly in chronic care clinic as well.

50. No necessary medical care was withheld from Mr. Lee due to cost or convenience of the medical staff at WCDC. Mr. Lee received prompt and appropriate treatment regarding his complaints and conditions at WCDC.

FURTHER AFFIANT SAYETH NOT.

_____
Dee-Dee Gregory

SUBSCRIBED and SWORN to before me, a Notary Public, this 17th day of March, 2023.

_____
Brenda Huey
Notary Republic

My Commission expires: 4/9/25

```
BRENDA HUEY
NOTARY PUBLIC
STATE OF KANSAS
```

21652970.v1