# EXHIBIT B

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮ | 1/4/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

## Admissions / Screening

| | |
|---|---|
| Arrest Date: | 1/4/2022 |
| Prior Incarceration? | ◉ Yes ○ No |
| when/where: | WDD |
| Translation need and provided? | ○ Yes ◉ No |
| If yes, language: | ○ Spanish ○ Sign Language ○ Other |
| If yes, language line used? | ○ Yes ○ No |
| Emergency Contact/Next of Kin (name/relationship/address/phone): | |

☐ *Patient refused admission until medically cleared* ☐ *Patient refused screening*

Reason:

**\*if patient refused screening, refer to "refusal monitoring process"\***

| Do you currently have health insurance? | ○ Yes ◉ No |
|---|---|

## Level of Consciousness - AVPU
Select the most appropriate for patient:

◉ *Alert* ○ *Responds to Voice* ○ *Responds to Pain\** ○ *Unresponsive\**

***If responds to pain only, or is unresponsive notify health care provider and/or activate EMS***

## Vital Signs
*Contact health care provider if vital signs are outside of parameters*

| B / P | *\*SBP ≥ 180 or ≤ 90* |
|---|---|
| | *\*DBP ≥ 110 or ≤ 60* |
| Pulse | *\*remains ≥ 110 or ≤ 60* |
| Resp | *\*persistently ≤ 10 or ≥ 20* |
| Temp | *\* > 101 ℉* |

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮▮ | 1/4/2022 |

*Patient Allergies:*

persistently ≥ 10 or ≤ 20

| | |
|---|---|
| **Temp** | * > 101 ℉ |
| **O2 Sat** | * < 90% |
| **Height** | ○ *Reported* ◉ *Actual* |
| **Weight** | ○ *Reported* ◉ *Actual* |
| **Blood Sugar** | * if indicated |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-04-2022 02:59 PM CST | 120/80 | 92 | 14 | 98.50 | 98 | 136 | 22.6 | - | - | - | - |

| **Observation** |
|---|

| | |
|---|---|
| Is Patient appearance abnormal in any way? (e.g. sweating, tremors, anxious, disheveled, evidence suggestive of trauma or abuse) | ○ Yes ◉ No |
| Is Patient movement restricted or compromised in any way? (e.g. body deformities, physical abnormality, unsteady gait, cast or splint, etc.) | ○ Yes ◉ No |
| Is breathing abnormal? (e.g. persistent cough, hyperventilation, shortness of breath, dyspnea, etc.) | ○ Yes ◉ No |
| Does Patient's skin or scalp have obvious lesions or draining wounds, lice or scabies, jaundice, rashes, bruise, edema, scars, tattoos, needle marks or other indications of drug abuse? | ○ Yes ◉ No |

Behavior:

  ☑ *Appropriate* ☐ *Inappropriate* ☐ *Uncooperative* ☐ *Insensible*

  ☐ *Appears under the influence/intoxicated/withdrawing from substance* ☐ *Other:*

Speech:

  ☑ *Clear/coherent* ☐ *Rapid/Pressured* ☐ *Slurred* ☐ *Incoherent* ☐ *Other:*

Mood

  ☑ *Unremarkable* ☐ *Anxious* ☐ *Angry* ☐ *Visibly Depressed* ☐ *Euthymic* ☐ *Tearful* ☐ *Other:*

Comments and Additional Observations:

*Patient states he has a gun shot wound from 2014. Patient states he has a Foley catheter from his injuries. Patient states he has lower back pain, metal plate and a blood clot. Patient states he is taking xarelto for his clots.*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/4/2022 |

*Patient Allergies:*
Patient states he has lower back pain, metal plate and a blood clot. Patient states he is taking xarelto for his clots.

| **Past or Present Medical Problems – Patient Questionnaire** |
|---|
| (Enter patient problems in the problems data grid) |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

| | |
|---|---|
| Can you explain why you are in this building? | ◉ Yes ○ No |
| Explain | |
| Were you treated at ED, hospital, or refused medical care in last 3 days? | ○ Yes ◉ No |
| Have you attempted suicide in the past? | ○ Yes ◉ No |

| Do you have, or have you ever had… | |
|---|---|
| Diabetes | ○ Yes ◉ No |
| High Blood Pressure | ○ Yes ◉ No |
| Heart Condition | ○ Yes ◉ No |
| Asthma | ○ Yes ◉ No |
| COPD | ○ Yes ◉ No |
| Kidney Disease | ○ Yes ◉ No |
| Traumatic Brain Injury / Head Injury | ○ Yes ◉ No |
| Seizure Disorder | ○ Yes ◉ No |
| Developmental Disability (have an individual education plan, or attend special education classes?) | ○ Yes ◉ No |
| Any Assisted Devices? (e.g. glasses, contacts, braces, hearing aids, walker, wheelchair, etc.) | ○ Yes ◉ No |
| Any medical, mental health, other conditions that require special accommodations? (e.g. seeing, hearing, walking/standing, eating, etc.) | ○ Yes ◉ No |
| Any Medication Allergies? | ○ Yes ◉ No |
| ***Document Medication(s) and Reaction(s) in Allergy snippet above** | |

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/4/2022 |

*Patient Allergies:*

**\*Document Medication(s) and Reaction(s) in Allergy snippet above**

| Other serious, life-threatening allergies? | ○ Yes ● No |
|---|---|

**\*Document Allergen(s) and Reaction(s) in Allergy snippet above**

| On a current prescribed diet? | ○ Yes ● No |
|---|---|
| Any other past or present conditions like high cholesterol/triglycerides, bleeding disorders, blood clots, thyroid disease, cancer, organ transplant or any other condition we should be aware of? | ○ Yes ● No |

If Yes- list and explain:

## Infectious Disease and Tuberculosis Screening

Do you have, or have you ever had...

| HIV/AIDS | ○ Yes ● No |
|---|---|
| Hepatitis | ○ Yes ● No |
| Positive test for Tuberculosis (TB)? | ○ Yes ● No |
| Sexually Transmitted Infection | ○ Yes ● No |
| Recent known exposure to infectious disease? | ○ Yes ● No |
| Currently experiencing any of the following symptoms: chronic/persistent cough, coughing up blood, fatigue/weakness, fever/chills, unexplained weight loss, night sweats, short of breath, or loss of appetite? | ○ Yes ● No |
| Currently experiencing any of the following symptoms: vomiting, diarrhea, clay colored stool, tea colored urine, lower abdominal pain, discharge from penis/vagina, unexplained rash, genital lesions, unprotected sex, or IV drug use? | ○ Yes ● No |
| Are you homeless? | ○ Yes ● No |

Additional Comments:

*Patient states he has a gun shot wound from 2014. Patient states he has a Foley catheter from his injuries. Patient states he has lower back pain, metal plate and a blood clot. Patient states he is taking xarelto for his clots.*

## Additional Medications Not Listed Above

| Are you taking, or supposed to be taking, any other medications or treatments prescribed by a health care provider including chemotherapy, radiation, clinical trials, psychotropic or other medications? | ○ Yes ● No |
|---|---|

## Dental Screening

Do you have...

| Painful dental condition/complaint(s)? | ○ Yes ● No |
|---|---|

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**1/4/2022** |
|---|---|---|---|---|

Patient Allergies:

| | |
|---|---|
| Painful dental condition/complaint(s)? | ○ Yes ◉ No |
| ☐ Decay ☐ Abscess ☐ Gum Disease | |
| Describe: | |
| Dentures? | ○ Yes ◉ No |
| ☐ Partial ☐ Upper ☐ Lower ☐ Upper & Lower | |
| **\*If yes, add to medical applicance snippet above** | |
| Special diet due to dental condition? | ○ Yes ◉ No |
| **\*If yes, add to diet snippet above** | |

### Female Specific Screening

Is patient Female? ○ Yes ◉ No

### Juvenile Specific Screening

Is patient Juvenile? ○ Yes ◉ No

### Substance Use/Abuse

| | |
|---|---|
| Have you ingested or placed any medications/drugs into a body cavity? | ○ Yes ◉ No |
| Have you ever been hospitalized for substance use? | ○ Yes ◉ No |
| If yes, explain: | |

| | |
|---|---|
| Do you use… | |
| Alcohol | ○ Yes ◉ No |
| Drugs | ○ Yes ◉ No |
| Do you take Medication Assisted Treatment (MAT) for Opiate Dependence? | ○ Yes ◉ No |
| Tobacco Products | ○ Yes ◉ No |

**If yes to any of the above (except for Cannabis and Tobacco) complete blood sugar finger stick**

**If yes to any of the above and female- complete pregnancy test and notify health care provider if positive**

Additional Comments:

### Mental Health and Suicide Risk Screening

### Patient Questions

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/4/2022 |

*Patient Allergies:*

| **Patient Questions** |
|---|

| Do you, or Are you… | |
|---|---|
| 1. Current or past mental health diagnosis? | ○ Yes ◉ No |
| Describe/list: | |
| 2. Currently taking, supposed to take or ever been prescribed any medication by a physician for any emotional or mental health problems? | ○ Yes ◉ No |
| 3. Current or past outpatient treatment for mental health or psychiatric issues? | ○ Yes ◉ No |
| 4. Ever been in a hospital for emotional, mental health and/or psychiatric problems? | ○ Yes ◉ No |
| 5. Are you a veteran? | ○ Yes ◉ No |
| Explain: | |
| 6. Hear or see things others don't or believe someone can control your mind? | ○ Yes ◉ No |
| Explain: | |
| 7. Have concerns about losing a job, spouse, significant other, custody of children, or housing due to arrest? | ○ Yes ◉ No |
| Explain: | |
| 8. Have family or friends who have attempted suicide or died from suicide? | ○ Yes ◉ No |
| Explain: | |
| 9. Have concerns about ability to cope emotionally/manage stress? | ○ Yes ◉ No |
| Explain: | |
| 10. Have feelings that there is nothing to look forward to or feel hopelessness/helpless? | ○ Yes ◉ No |
| Explain: | |

| **Columbia Suicide Severity Rating Scale -- Screen Version** |
|---|

| Ask the Questions: | |
|---|---|
| 11. Have you wished you were dead or wished you could go to sleep and not wake up? | ○ Yes ◉ No |
| Explain: | |
| 12. Have you had any actual thoughts of killing yourself? | ○ Yes ◉ No |
| Explain: | |
| 16. Have you ever done anything, started to do anything, or prepared to do anything to end your life? | ○ Yes ◉ No |
| How long ago did you do any of these? | ○ 0-3 months ○ 3-12 months ○ 1-5 years ○ > 5 years |

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/4/2022 |

Patient Allergies:
~~How long ago did you do any of these?~~    ○ 0-3 months  ○ 3-12 months  ○ 1-5 years  ○ > 5 years

| Mental Health and Suicide Risk Screening –Additional Screening | |
|---|---|

| Does/is the patient… | |
|---|---|
| 17. Have any visible signs of recent self-harm? | ○ Yes ● No |
| Explain:                    ○ cuts ○ ligature marks ○ other: | |
| 18. Has the transporting/arresting officer or family/friends communicated that the patient may be a suicide risk?<br>Explain: | ○ Yes ● No |
| 19. Hold a position of respect in community AND/OR crime is shocking in nature?<br>Explain: | ○ Yes ● No |
| 20. Acting or talking in a strange manner and/or appears to be responding to voices?<br>Explain: | ○ Yes ● No |
| 21. Current charges include murder, kidnapping, robbery, or domestic violence?<br>Explain: | ○ Yes ● No |

| **STAT:** | *A "YES" response to any Questions 10, 13, 14, 15, 17, 18: place on suicide watch & STAT referral to MHP* |
|---|---|
| **Urgent Referral:** | *A "YES" response to any Question 11,12, 16, 19, 20: refer to Mental health urgently* |
| **Routine Referral:** | *A "YES" response for to any Question 1-9, 21: referral to Mental Health* |

Additional Comments:

| PREA Screening | |
|---|---|

| Question: | |
|---|---|
| 1. Have you been a victim of sexual abuse?<br>Explain: | ○ Yes ● No |
| 2. Have you sexually abused or assaulted someone?<br>Explain: | ○ Yes ● No |
| 3. Have you ever been arrested for a sex offense?<br>Explain: | ○ Yes ● No |
| 4. Is this the patient's first arrest? | ○ Yes ● No |

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/4/2022 |

Patient Allergies:
Explain:

| | |
|---|---|
| 4. Is this the patient's first arrest? | ○ Yes ◉ No |
| Explain:                      priors | |
| 5. Does the patient appear to have a mental or developmental disability? | ○ Yes ◉ No |
| ADA needs? | |
| 6. Does patient identify or present as transgender, intersex, or gender non-conforming? | ○ Yes ◉ No |
| | ○ Transgender ○ Intersex ○ Gender Non-Conforming |
| 7. Does patient identify or present as Lesbian, Gay or Bisexual? | ○ Yes ◉ No |
| | ○ Lesbian ○ Gay ○ Bisexual |
| 8. Do you feel vulnerable in terms of personal safety? | ○ Yes ◉ No |
| Explain: | |
| 9. Is the patient of small stature/physical build? | ○ Yes ◉ No |
| Explain: | |
| 10. Is the patient detained solely for civil immigration purposes? | ○ Yes ◉ No |
| Explain: | |

**If any 'yes' response notify classification. If 'yes' to question 1-6 refer to MH to be seen within 7 days.**

Additional Comments:

## Patient Education

Education Provided...

| | |
|---|---|
| Is patient able to read/write? | ◉ Yes ○ No |
| | ☑ English ☐ Spanish |
| If no- explain: | |
| Informed how to access medical, mental, and dental care, and where to find written instructions on how to access care | ◉ Yes ○ No |
| If no- explain: | |
| Instructed on Grievance process | ◉ Yes ○ No |
| If no- explain: | |
| Informed of sexual assault awareness and where to find written information | ◉ Yes ○ No |
| If no- explain: | |
| Informed where to find information about Opioid Overdose | ◉ Yes ○ No |
| If no- explain: | |
| Informed where to find information about how to cope in facility | ◉ Yes ○ No |

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 wellpath™

| Patient Name<br>KEYAUN M LEE | Patient Number<br>158736 | Booking Number<br>2022000033 | Birth Date | Date Of Service<br>1/4/2022 |
|---|---|---|---|---|

*Patient Allergies:*

| | |
|---|---|
| Informed where to find information about how to cope in facility | ● Yes ○ No |
| If no- explain: | |
| Informed where to find information on birth control options and how to obtain birth control (females) | ○ Yes ○ No ○ Not Applicable |
| If no- explain: | |
| Provided health information and rights for pregnant woman | ○ Yes ○ No ○ Not Applicable |
| If no- explain: | |
| Instructed on safe use of tampons (juvenile females) | ○ Yes ○ No ○ Not Applicable |
| If no- explain: | |
| Other: | ○ Yes ● No |

## Release of Information

Form

| | |
|---|---|
| Release of Information Signed and Faxed? | ○ Yes ● No |
| If no- explain:          na | |
| Correctional Institution Request for Records for Provision of Health Care Faxed? | ○ Yes ● No |
| If no- explain:          na | |

## Disposition

**Monitoring:**

☐ CIWA ☐ COWS ☐ CIWA & COWS ☐ Synthetics

☐ Suicide Watch ☐ Intake Refusal Monitoring ☐ Other:

**Placement / Housing Recommendation:**

☐ Emergency Room for evaluation/treatment

☑ General Population (GP)

☐ Custody for ADA needs

☐ Classification for PREA concerns

☐ Medical Observation Housing

☐ Out Patient Housing Unit/Infirmary

☐ Medical Isolation (negative pressure)

☐ Mental Health Housing (if Mental Health not on-site)

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Receiving Screening**

 wellpath℠

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▇▇▇▇ | 1/4/2022 |

*Patient Allergies:*

☐ *Mental Health Housing (if Mental Health not on-site)*

☐ *STAT placement on Suicide Precautions*

☐ *Other:*

**Does patient need a referral?**   ○ *Yes* ◉ *No*

---

### Acknowledgment & Signatures

*I have answered all questions fully.*

*I have been told how to obtain/access medical, mental health, and dental services.*

*I have been told about the grievance process.*

*I have been told about sexual assault awareness.*

*I understand that Medical/Mental Health Staff are mandated reporters and are required to report immediately any knowledge, suspicion, or information pertaining to an incident of sexual abuse or sexual harassment that occurred within the facility; and with my consent any victimization that occurred in the community, unless I am a minor and then health staff are mandated reporters regardless of location.*

*I have been told about opioid overdose and where to find additional information.*

*I have been told about coping resources.*

*I have been told about obtaining/starting birth control and where to find additional information.*

*If I am pregnant I have been informed and received information about my rights while in custody.*

*I hereby authorize Wellpath to administer medical examinations, tests, and/or treatment as necessary.*

*I understand and authorize that photographs may be taken and placed in my medical record for future reference, treatment, or training purposes.*

**Patient Signature**

☑ *Sign Form*  **KEYAUN M LEE Date 01/04/2022 3:03:51 PM**

---

| Form Folder and Number:<br>Intake #IN14.1 | Form Owner: Bazzel<br>MD, K. Purcell | Accreditation:<br>ALL | Active / Last Revision Date:<br>ACTIVE 4/9/21 |
|---|---|---|---|

E-Signed by Stewart Reed, LPN/LVN  on 01/04/2022 03:04 PM CST
E-Signed by Daniella Gregory, Supervisory Staff  on 03/20/2022 09:36 PM CST

Page 10 of 10

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | ▓▓▓▓▓ | **1/6/2022** |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:**     ◉ *Free Text* ○ *SOAPE*

*Added 01/06/2022 01:06 PM CST by AFabah-Ezeogu Nurse Practitioner*

*Pt  is a transfer from Jackson county detention center where he was receiving Bactrim and Cipro abt  for UTI. It was noted in his transfer record that he has a indwelling Catheter as result of spinal and bladder injury from a GSW that happened 3yrs ago.  Per record review, he was sent out to TMC for an evaluation relating to lower back and abdominal pain, there he was diagnosed with UTI and was started on Bactrim and Cipro abt prior to discharge.   Pt currently uses an indwelling catheter.  It also reported that he also self cath.  Pt is aox3, reports lower back and abdominal pain. Rates pain 8/10. He is currently on Tylenol for pain.  He appears to be in no distress. Pt is also on Xarelto and oxybutynin. Will restart these medication and monitor patient. Due to his hx of UTI, will change patient's indwelling Catheter bag biweekly.*

*Orders*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **1/6/2022** |

Patient Allergies:

Orders

please start transfer medications as prescribed in transfer record. See transfer record for medication orders.

change indwelling catheter twice monthly.

continue current medication for pain.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **1/12/2022** |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Sulfamethoxazole-Trimethoprim) Bactrim DS 800 mg-160 mg tablet | 1.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 1/16/2022 7:59:00 PM |
| oxybutynin chloride 5 mg tablet | 1.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 1/13/2022 7:59:00 PM |
| ciprofloxacin 500 mg tablet | 1.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 1/13/2022 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 2/5/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**      ◉ *Free Text* ○ *SOAPE*

Added 01/12/2022 01:53 PM CST by AFabah-Ezeogu Nurse Practitioner

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **1/12/2022** |

*Patient Allergies:*

Chronic indwelling catheter, presently on antibiotics for UTI . Pt is in clinic with complains of burning sensation in his penis. He denies any hematuria. He reported that his Foley catheter bags is leaking also He reported that his last Foley catheter change was two weeks ago prior to coming to this facility.  Pt is stable. He is presently on Tylenol. Pt encourage to take pain medication as needed. Will continue to monitor.

Orders

Please change Foley catheter twice monthly.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name<br>KEYAUN M LEE | Patient Number<br>158736 | Booking Number<br>2022000033 | Birth Date | Date Of Service<br>1/14/2022 |
|---|---|---|---|---|

*Patient Allergies:*

| Observed<br>Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*Patient Problems:*

| Observed<br>Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Sulfamethoxazole-Trimethoprim) Bactrim DS 800 mg-160 mg tablet | 1.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 1/16/2022 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 2/5/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed<br>Date | BP | Pulse | Resp | Temp | Pulse<br>Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:**   ◉ *Free Text* ○ *SOAPE*

*Added 01/14/2022 03:45 AM CST by SOladimeji LPN/LVN*

Patient has indwelling Foley catheter.  He is alert and oriented x3.  He responds well to verbal commands. Patient demonstrates good ability to empty his Foley bag as needed.  Hi is not n any difficulties.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▓▓▓▓ | 1/14/2022 |

*Patient Allergies:*

| Form Folder and Number:<br>Chronic Care CC03.0 | Form Owner: Forms<br>Committee | Accreditation:<br>All | Active / Last Revision<br>Date: 12/4/2019 |
|---|---|---|---|

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/16/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Sulfamethoxazole-Trimethoprim) Bactrim DS 800 mg-160 mg tablet | 1.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 1/16/2022 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 2/5/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**    ● Free Text ○ SOAPE

Added 01/16/2022 12:27 PM CST by HoJennings LPN/LVN

This nurse received a phone call from PT grandmother. She was asking specifically about PT health records and if he his catheter is being taken care of. Reassured PT grandmother that we are not to disclose any information about PT or their health via phone call d/t HIPPA. Also reassured PT that if that PT is here in our facility and we have received all of his medical records then he is being taken care of. PT grandmother then became very aggressive and wanted this nurse name and license number. This nurse did give her name and

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮ | 1/16/2022 |

*Patient Allergies:*
*facility and we have received all of his medical records then he is being taken care of.  PT grandmother then became very aggressive and wanted this nurse name and license number. This nurse did give her name and apologized for the inconvenience. PT grandmother threated that everything was going to be sent to his lawyer. This nurse then asked PT how he was doing with his catheter care. PT responded by "I'm doing fine he believes the antibiotic is working". Nurse asked PT if he had any questions or concerns. PT stated no I'm doing okay.*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Chronic Care OTHER Initial Visit**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **1/20/2022** |

☐ *Patient refuses the Chronic Care Initial Visit.*

    ☐ *Appropriate "Refusal of Treatment" paperwork completed*

Chronic Care Condition:

*Hypercoagulability Disorder*

---

**SUBJECTIVE (Review chart for other medical problems)**      ☐ **No Complaints**

*He has a Hx of multiple DVT'S, one during the time of his GSW injuries in 12/2014. He initially had a IVC filter placed which was later removed in 2015. He has been maintained on anticoagulation, recently changed from Coumadin to Xarelto that he last took two weeks ago.*

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Current Medication      ☐ *see MAR*

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 2/5/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |

| | |
|---|---|
| Onset of Disease: | 2014 |
| Smoking History: | No |
| Adherent to meds | ◉ Yes ○ No ○ Other |
| Adherent to diet | ◉ Yes ○ No |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Chronic Care OTHER Initial Visit**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | 158736 | 2022000033 | ▓▓▓▓ | 1/20/2022 |

Adherent to diet          ● *Yes* ○ *No*

Reason

## OBJECTIVE

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-20-2022 01:50 PM CST | 130/87 | 89 | 18 | 98.50 | 98 | 140 | - | - | - | - | - |

Pain Scale (1-10)

Lab/Diagnostic Results:

**Directed Physical Exam**

| SKIN / EXTREMITIES | ● *Normal* ○ *Abnormal* ○ *Not done* |
|---|---|
| HEENT / NECK | ● *Normal* ○ *Abnormal* ○ *Not done* |
| HEART | ● *Normal* ○ *Abnormal* ○ *Not done* |
| LUNGS | ● *Normal* ○ *Abnormal* ○ *Not done* |
| ABDOMEN | ● *Normal* ○ *Abnormal* ○ *Not done* |
| GU / RECTAL | ○ *Normal* ○ *Abnormal* ● *Not done* |
| NEURO | ● *Normal* ○ *Abnormal* ○ *Not done* |
| OTHER | ○ *Normal* ○ *Abnormal* ○ *Not done* |

☐ *See Comprehensive Diabetic Foot Exam Form*

**Comments / Physical Exam Abnormalities**

## ASSESSMENT

1. *Hypercoagulability disorder*

Degree of Control:          ○ *Good* ● *Fair* ○ *Poor*

COMMENTS:

☐ *check for add'l entry*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Chronic Care OTHER Initial Visit**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **1/20/2022** |

☐ *check for add'l entry*

| Have you been feeling overwhelmed or thinking that things are too much to handle? | ○ *Yes* ◉ *No* |
|---|---|
| Urgent MH Referral Completed | ○ Yes ◉ No |
| **Are you worried you might harm yourself?** | ○ *Yes* ◉ *No* |
| Self-Harm Watch Procedures Activated | ○ Yes ◉ No |

*If the response to the first question is "yes", ensure that an urgent referral is made to Mental Health Services. If the response to the second questions is "yes" activate the procedures to begin a self-harm watch until the patient can be evaluated by a Mental Health Services Team Member and DO NOT LEAVE ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS.*

## INTERVENTIONS AND PLAN

| | |
|---|---|
| Medication Changes: | ○ *None* ◉ *As follows* |
| | *See ordes for Xarelto 10mg daily.* |
| Diagnostics | ☐ *Chest x-ray* ☐ *EKG* ☐ *Fasting Lipid Profile* ☐ *Diagnostic Panel 1* |
| | ☐ *Diagnostic Panel 2* ☐ *Diagnostic Panel 3* ☐ *Pap Smear* ☐ *HgbA1c* |
| | ☐ *PT/INR* ☐ *Drug Levels* |
| Monitoring | ☐ *Finger-stick Glucose ___x per day/___x per week/___x per month* |
| | ☐ *BP ___x per day/___x per week/___x per month* |
| Education | ◉ *Condition specific education provided* ○ *Condition specific education not provided* |
| Additional Education | ☐ *diet/nutrition* ☑ *medication* ☑ *disease process* ☐ *exercise* |
| | ☐ *drug/alcohol/tobacco avoidance* ☐ *symptom management* |
| | ☐ *weight management* ☐ *adaptation to incarceration* ☐ *other* |
| Other education | |
| Special Nursing Care: | |
| Immunizations | ☐ *UTD* |

Diet:
☐ ** No Items Selected **

Restrictions, Activity Restrictions and Special Needs          ☐ Other
☐ ** No Items Selected **
Explain:
Comments and Immediate Needs

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Chronic Care OTHER Initial Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 1/20/2022 |

Comments and Immediate Needs

☑ *Current Med List Reviewed* ☐ *Psychiatrists Notes Reviewed* ☐ *Caseworker Notes Reviewed*

**Treatment Plan**

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic medical problems or complex issues.

> Added 01/20/2022 02:50 PM CST by dstanton Provider
>
> *Will treat and monitor for stability and good control of his hypercoagulability disorder and recurrent DVT's during the next 3 months.*

**Other Orders**

☑ *Flu Vaccine (if indicated)* ☐ *Hep A vaccine (if indicated)* ☐ *Hep B vaccine (if indicated)*

Follow-Up Appointment in          *60 days*

☐ *Discharge from Chronic Care Clinic*

Reason

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | ▇▇▇▇ | **1/26/2022** |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/6/2022 8:00:00 PM | 2/5/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 2/5/2022 8:00:00 PM | 5/6/2022 7:59:00 PM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 1/21/2022 8:00:00 AM | 1/28/2022 7:59:00 AM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 1/21/2022 8:00:00 AM | 4/14/2022 7:59:00 AM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**  ◉ *Free Text* ○ *SOAPE*

Added 01/26/2022 01:25 AM CST by CJacksonThomas LPN/LVN

*PT. A&OX3-4 SITTING UP ON COT IN IPOD*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮▮ | 1/26/2022 |

*Patient Allergies:*

*PT. A&OX3-4 SITTING UP ON COT IN IPOD*
*PT. VOICED THAT HE  CONTINUES TO HAVE MINOR PAIN AND IS ALREADY TAKING MEDICATION*
*FOR THIS ISSUE*
*MEDICAL STAFF OBSERVED PT AND ENCOURAGED PT. TO PLACE ANOTHER SICK CALL R/T HIS*
*PAIN IF NOT RESOLVED*
*WILL CONTINUE TO MONITOR*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | 158736 | 2022000033 | | 2/17/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | | 1/10/2022 8:00:00 PM 4/10/2022 7:59:00 PM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 1/21/2022 8:00:00 AM | 4/14/2022 7:59:00 AM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 2/17/2022 3:12:00 PM 5/18/2022 3:11:00 PM | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**    ○ *Free Text* ○ *SOAPE*

Added 02/17/2022 05:51 PM CST by LaTodd LPN/LVN

*PATIENT PLACED SICK CALL FOR REPORTS OF STILL HAVING A LOT NERVE PAIN AND PAIN IN BACK. PATIENT BEING TREATED FOR THIS THROUGH CRONIC CARE. HCP NOTIFIED V/O TO CHANGE TYLENOL 1000MG BID PRN TO TID PRN. PATIENT NOTIFIED. PATIENT ENCOURAGED TO CONTACT MEDICAL IF THIS DID NOT HELP WITH THE PAIN. PATIENT VERBAIZED UNDERSTANDING.*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 2/17/2022 |

*Patient Allergies:*
*CONTACT MEDICAL IF THIS DID NOT HELP WITH THE PAIN. PATIENT VERBAIZED UNDERSTANDING.*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Chronic Care Periodic Exam or
Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮ | 3/17/2022 |

☐ **Patient refuses the Chronic Care Periodic Exam or Follow Up Visit.**

    ☐ **Appropriate "Refusal of Treatment" paperwork completed**

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Current Medications                                              ☐ *see MAR*

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 1/10/2022 8:00:00 PM | 4/10/2022 7:59:00 PM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 1/21/2022 8:00:00 AM | 4/14/2022 7:59:00 AM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 2/17/2022 3:12:00 PM | 5/18/2022 3:11:00 PM |

List Chronic Diseases

☐ *Asthma/COPD* ☐ *CV/Hypertension* ☐ *Diabetes* ☐ *GERD* ☐ *Heart Disease*

☐ *HCV, Chronic Infection / HCV, Antibody Positive, not confirmed*

☐ *HIV* ☐ *Pain* ☐ *Seizures* ☑ *Other*

Other          *Hypercoagulability disorder*

Other

**SUBJECTIVE (Any problems since last visit - include pertinent negatives)**     ☐ **No Complaints**

For all diseases, since last visit, describe new symptoms.

| Wyandotte Detention Center, KS<br>**Wyandotte County (WDD)**<br>710 N 7th Street<br>Kansas City , KS66101 | | **Chronic Care Periodic Exam or<br>Follow Up Visit** | |  |

| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**3/17/2022** |
|---|---|---|---|---|

For all diseases, since last visit, describe new symptoms

*Please refer to previous ccc entry from 1/20/2022 for initial and more detailed Hx re his Anticoagulation disorder. He is being maintained on his Xarelto and has no new related complaints at this time.*

☐ *Asthma*

☐ *CV/Hypertension*

☐ *Diabetes mellitus*

☐ *GERD*

☐ *HIV/AIDS*

☐ *Hep C Virus (Chronic Infection or Antibody Positive, not confirmed)*

☐ *Pain*

☐ *Seizure disorder*

Patient adherence with medications?   ● *Yes* ○ *No* ○ *Other*
Explain

Patient adherence with diet?   ● *Yes* ○ *No*

Patient adherence with exercise?   ● *Yes* ○ *No*

## OBJECTIVE

Patient Vitals:

| Observed<br>Date | BP | Pulse | Resp | Temp | Pulse<br>Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-17-<br>2022<br>11:54 AM<br>CST | 122/84 | 88 | 18 | 97.00 | 97 | 143 | 23.1 | - | - | - | - |

Pain Scale (0-10)
**Labs**
Hgb A1C
HIV VL
CD4
Total Chol
LDL

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Chronic Care Periodic Exam or**
**Follow Up Visit**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **3/17/2022** |

Total Chol

LDL

HDL

Trig

INR

Range of fingerstick glucose

Range of BP monitoring

**Directed Physical Exam:**

| | |
|---|---|
| SKIN / EXTREMITIES | ○ Normal ◉ Abnormal ○ Not done |
| HEENT / NECK | ◉ Normal ○ Abnormal ○ Not done |
| HEART | ◉ Normal ○ Abnormal ○ Not done |
| LUNGS | ◉ Normal ○ Abnormal ○ Not done |
| ABDOMEN | ◉ Normal ○ Abnormal ○ Not done |
| GU / RECTAL | ○ Normal ○ Abnormal ◉ Not done |
| NEURO | ◉ Normal ○ Abnormal ○ Not done |
| OTHER | ○ Normal ○ Abnormal ○ Not done |

**Comments / Physical Exam Abnormalities**

Tattoos

| | |
|---|---|
| **Have you been feeling overwhelmed or thinking that things are too much to handle?** | ○ Yes ◉ No |
| Urgent MH Referral Completed | ○ Yes ◉ No |
| **Are you worried you might harm yourself?** | ○ Yes ◉ No |
| Self-Harm Watch Procedures Activated | ○ Yes ◉ No |

*If the response to the first question is "yes", ensure that an urgent referral is made to Mental Health Services. If the response to the second questions is "yes" activate the procedures to begin a self-harm watch until the patient can be evaluated by a Mental Health Services Team Member and DO NOT LEAVE ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS.*

**ASSESSMENT**

1. *Hypercoagulability disorder*

Degree of Control:    ◉ *Good* ○ *Fair* ○ *Poor* ○ *Not Applicable*

Clinical Status        ○ *Improved* ◉ *Stable* ○ *Worsening* ○ *Not Applicable*

☐ **Check for another entry**

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Chronic Care Periodic Exam or
Follow Up Visit**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ████ | 3/17/2022 |

☐ *Check for another entry*

| **Interventions and Plan** | ☑ *Treatment plan, including test results, discussed with patient* |
|---|---|

Medication Changes:    ◉ *None* ○ *As follows*

Diagnostics
  ☐ *Chest x-ray* ☐ *EKG* ☐ *Fasting Lipid Profile* ☐ *CD4* ☐ *Viral load*
  ☐ *Diagnostic Panel 1* ☐ *Diagnostic Panel 2* ☐ *Diagnostic Panel 3*
  ☐ *Hepatitis C RNA/Viral Load, BDNA* ☐ *Hepatitis A&B Profile*
  ☐ *Hepatitis C Panel-1 (Alb+AST+Fe+Prot+PT+Plt)* ☐ *INR*
  ☐ *Hepatitis Genotype* ☐ *FibroSure* ☐ *Fibroscan US*
  ☐ *Pap Smear* ☐ *HgbA1c* ☐ *PT/INR* ☐ *Drug Levels*

Monitoring
  ☐ *Finger-stick Glucose ___x per day/___x per week/___x per month*
  ☐ *BP ___x per day/___x per week/___x per month*

Education
  ◉ *Condition specific education provided* ○ *Condition specific education not provided*

Additional Education
  ☐ *diet/nutrition* ☑ *medication* ☑ *disease process* ☐ *exercise*
  ☐ *drug/alcohol/tobacco avoidance* ☐ *symptom management*
  ☐ *transmission prevention* ☐ *NSAID / herbal remedies damage to liver*
  ☐ *weight management* ☑ *adaptation to incarceration* ☐ *community support*
  ☐ *alcohol cessation* ☐ *other*

Other education
Special Nursing Care:
Immunizations    ☐ *UTD*

Diet:
  ☐ *\*\* No Items Selected \*\**

Restrictions, Activity Restrictions and Special Needs    ☐ *Other*
  ☐ *\*\* No Items Selected \*\**

Explain:
Comments and Immediate Needs

☑ *Current Med List Reviewed* ☐ *Psychiatrists Notes Reviewed* ☐ *Caseworker Notes Reviewed*

**Treatment Plan**

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care

| | | | | |
|---|---|---|---|---|
| **Wyandotte Detention Center, KS**<br>*Wyandotte County (WDD)*<br>*710 N 7th Street*<br>*Kansas City , KS66101* | | **Chronic Care Periodic Exam or<br>Follow Up Visit** | |  |

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **3/17/2022** |

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic medical problems or complex issues.

> Added 03/17/2022 12:22 PM CST by dstanton Provider

*Will treat and monitor for stability and good control of his hypercoagulability disorder and recurrent DVT's during the next 3 months.*

## Other Orders

☑ *Flu Vaccine (if indicated)* ☐ *Hep A vaccine (if indicated)* ☐ *Hep B vaccine (if indicated)*

Follow-Up Appointment in          *90 days*

  ☐ *Discharge from Chronic Care Clinic*

Reason

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▇▇▇▇ | 3/25/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | | 1/10/2022 8:00:00 PM 4/10/2022 7:59:00 PM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 1/21/2022 8:00:00 AM | 4/14/2022 7:59:00 AM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 2/17/2022 3:12:00 PM 5/18/2022 3:11:00 PM | |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**   ● Free Text ○ SOAPE

*Added 03/25/2022 12:01 PM CST by IQuintero RN*

*Pt seen in medical for c/o catheter bag became disconnected and soaked his sheets overnight. Bag cleaned and secured, pt educated, he verbalized understanding regarding troubleshooting and when to notify medical. Care coordinated with pod officer for new linen.*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▓▓▓ | 3/25/2022 |

*Patient Allergies:*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▓▓▓▓ | 4/22/2022 |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 2/17/2022 3:12:00 PM | 5/18/2022 3:11:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 4/10/2022 8:00:00 PM | 7/9/2022 7:59:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**          ⦿ Free Text ○ SOAPE

Added 04/22/2022 05:22 AM CST by SOladimeji LPN/LVN

Patient refused to have his indwelling Foley Catheter replaced with new one today.  Patient is alert and oriented to persons, time and place. He states "I need it done during the daytime".  When informed that it may be in the way of other processes during daytime, he simply states "I am cool" and refused to allow the Foley Catheter replaced at this time.  Patient educated on Urinary Infections related to indwelling Foley Catherter and the importance of timely replacement.  He expressed understanding, still refused the process.

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 4/22/2022 |

*Patient Allergies:*

| Form Folder and Number:<br>Chronic Care CC03.0 | Form Owner: Forms<br>Committee | Accreditation:<br>All | Active / Last Revision<br>Date: 12/4/2019 |
|---|---|---|---|

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Daily Treatment Record



**CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | ▮▮▮ | 3/25/2022 |

Patient Location _____ Cl-2

| Treatment Ordered (Check One) | ☐ Nebulizer Treatments | ☐ Weight Checks |
|---|---|---|
| | ☐ Blood Pressures | ☐ Other |

Order as Written: _Change Indwelling Catheter 2x monthly_

Treatment Frequency: ☐ QD ☐ BID ☐ Other: _2 weeks_

Begin Date: _4/1/22_          End Date: _until released._

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| 29 | 30 | 31 | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS-TX04





**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Daily Treatment Record



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | ▮▮▮ | 2/25/2022 |

Patient Location  I - Dayroom   C1-2

| Treatment Ordered (Check One) | ☐ Nebulizer Treatments ☐ Blood Pressures | ☐ Weight Checks ☒ Other |
|---|---|---|

Order as Written: Change indwelling catheter twice monthly

Treatment Frequency: ☐ QD  ☐ BID  ☐ Other: _____

Begin Date: 1/01/22    End Date: Until further orders

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
| **8** | **9** | 3/ **10** | 3/ **11** | **12** | **13** | **14** |
|   |   | Refused care |   |   |   |   |
| **15** | **16** | **17** | **18** | **19** | **20** | **21** |
|   |   |   |   |   |   |   |
| **22** | **23** | 3/ **24** | 3/ **25** | **26** | **27** | **28** |
|   | copd/old refused @ HS |   |   |   |   |   |
| **29** | **30** | **31** | Initials  80 um | Signature | Initials | Signature |
|   |   |   |   |   |   |   |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS=TX04



**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Daily Treatment Record



**CCS**
**CORRECT CARE**
S O L U T I O N S

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | ███████ | 1/11/2022 |

Patient Location    I-Dayroom

Treatment Ordered    ☐ Nebulizer Treatments       ☐ Weight Checks
(Check One)          ☐ Blood Pressures            ☑ Other

Order as Written:    Change indwelling catheter twice Monthly

Treatment Frequency: ☐ QD  ☐ BID  ☐ Other: _____

Begin Date: 2/1/22          End Date: until further orders rec

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|   |   | *changed last wk* |   |   |   |   |
| **8** | **9** | **10** | **11** | **12** | **13** | **14** |
|   |   |   |   |   |   |   |
| **15** | **16** | **17** | **18** | **19** | **20** | **21** |
|   |   |   |   |   |   |   |
| **22** | **23** | **24** | **25** | **26** | **27** | **28** |
|   |   | *Changed* |   |   |   |   |
| **29** | **30** | **31** | Initials | Signature | Initials | Signature |
|   |   |   |   |   |   |   |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed
  Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS=TX04



*D 1 4 7 0 8 9 D I 2 6 0 0 3 7 5 I C 1 2 4 4 3 5 2 8 C P 4 4 8 0 0 P N X N *

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Daily Treatment Record



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | ▇▇▇ | 1/11/2022 |

Patient Location  I- Dayroom

Treatment Ordered  ☐ Nebulizer Treatments    ☐ Weight Checks
(Check One)          ☐ Blood Pressures        ☑ Other

Order as Written:  Change indwelling catheter twice Monthly

Treatment Frequency: ☐ QD  ☐ BID  ☐ Other: _____

Begin Date: 1/6/22          End Date: until further orders rec

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
| **8** | **9** | **10** | **11** | **12** | **13** | **14** |
|   |   |   |   |   |   |   |
| **15** | **16** | **17** | **18** | **19** | **20** | **21** |
|   |   |   |   |   | Bag Changed DH |   |
| **22** | **23** | **24** | **25** | **26** | **27** | **28** |
|   |   |   |   |   |   |   |
| **29** | **30** | **31** | Initials | Signature | Initials | Signature |
|   |   |   |   |   |   |   |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS=TX04



*D1470B9DI260037SIC1244352BCP44B00PNXN*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 5/8/2022 |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 2/17/2022 3:12:00 PM | 5/18/2022 3:11:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 4/10/2022 8:00:00 PM | 7/9/2022 7:59:00 PM |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:**    ○ Free Text ○ SOAPE

Added 05/08/2022 04:08 PM CST by DRecchia RN

Pt down to medical for Foley change. Pt educated on how to change Foley catheter. Pt able to demonstrate and follow prompts for Foley change. Pt denies any s/sx's of infection. Pt informed to contact medical of any s/sx's of infection. Pt v/u. Pt denies any other issues or concerns at this time.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮▮▮ | 5/8/2022 |

*Patient Allergies:*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

# Daily Treatment Record

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | ▆▆▆ | 6/9/2022 |

Patient Location ___C1–005___

Treatment Ordered   ☐ Nebulizer Treatments      ☐ Weight Checks
 (Check One)        ☐ Blood Pressures           ☒ Other

Order as Written: **Change indwelling Catheter 2x monthly**

Treatment Frequency: ☐ QD ☐ BID ☒ Other: **2 x monthly**

Begin Date: **6|0|22**          End Date: **Until released**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
| **8** | **9** | **10** | **11** | **12** | **13** | **14** |
|   |   |   |   |   |   |   |
| **15** | **16** | **17** | **18** | **19** | **20** | **21** |
|   |   |   |   |   |   |   |
| **22** | **23** | **24** | **25** | **26** | **27** | **28** |
|   |   |   |   |   |   |   |
| **29** *Removed will now Straight Cath* | **30** | **31** | Initials | Signature | Initials | Signature |
|   |   |   |   |   |   |   |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS=TX04



*D147089DI26003751C124435528CP15210PNXN*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
**710 N 7th Street**
*Kansas City, KS 66101*

**Provider Order**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| LEE, KEYAUN | 158736 | 2022000033 |  | 7/1/2022 |

## Order Overview

**Ordered By:** Stanton, Danny on 07/01/2022 05:41PM CST

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2022 | (Acetaminophen) Tylenol Extra Strength 500 mg tablet: give 1 tablet by mouth BID AM & HS PRN for 5 days. Per Nursing Protocol PRN Reason: Pain.. | 1 | tablet | BID AM & HS | 5 | Yes | No |

*Noted By: White, Lisa LPN/LVN 07/01/2022 05:41PM*

| 7/1/2022 | (Phenazopyridine) Pyridium 100 mg tablet: give 100 tablet by mouth Diabetic QID AC & HS PRN for 3 days. Per Nursing Protocol PRN Reason: bladder spasms.. | 100 | tablet | Diabetic QID AC & HS | 3 | Yes | No |

*Noted By: White, Lisa LPN/LVN 07/01/2022 05:41PM*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Genitourinary Complaints**
Professional Nursing Documentation Tool

 wellpath℠

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ██████ | 7/1/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*STOP: If the patient is Dyspneic, Diaphoretic, Cyanotic or Unresponsive: initiate emergency response and activate EMS. Do not leave the patient. Complete the Emergency Response Documentation Tool and contact a health care provider.*

## SUBJECTIVE

### Situation and Background:

*Patient placed a sick call 06/30/22. Patient c/o burning with urination, lack of appetite, frequency, hesitancy x 3 days*

### Current symptoms:

☐ *Pain* ☐ *Cramping* ☐ *Polyuria* ☑ *Dysuria* ☐ *Hematuria* ☑ *Frequency*

☑ *Urgency* ☐ *Discharge* ☐ *Sores* ☐ *Warts* ☑ *Other:*

*burning with urination*

### Symptoms Onset:                    ☐ *Sudden* ☑ *Gradual*                    Duration *x3 days*

### Location of Pain or Discomfort:

☐ *Flank* ☐ *Inguinal* ☑ *Suprapubic* ☐ *Testicular* ☐ *Groin* ☐ *Abdominal* ☐ *Pelvic* ☐ *Other:*

### Symptom Characteristics:

| | |
|---|---|
| Frequency: | ☐ *None* ☑ *Constant* ☐ *Intermittent* |
| Pain: | ☐ *None* ☐ *Sharp* ☑ *Dull* ☐ *Aching* ☐ *Radiation* |
| Urination: | ☐ *Normal* ☑ *Urgency* ☑ *Dysuria* ☑ *Frequency* |
| Discharge: | ☑ *None* ☐ *Copious Amount* ☐ *Scant Amount* ☐ *Green* ☐ *White* ☐ *Frothy* |
| | ☐ *Fishy Odor* ☐ *Foul Odor* ☐ *Other:* |

Associated symptoms:

☐ *Pruritus* ☐ *Costovertebral Angle (CVA) Tenderness* ☐ *Discharge* ☐ *Chills* ☐ *Fever* ☐ *Nausea*

☐ *Backache* ☑ *Abdominal Pain* ☐ *Vomiting* ☐ *Headache* ☐ *Lymphadenopathy* ☐ *Dysmenorrhea*

☐ *Mucous in stools* ☐ *Myalgia* ☐ *Malaise* ☐ *Tingling sensation* ☐ *Rash*

| Wyandotte Detention Center, KS<br>Wyandotte County (WDD)<br>710 N 7th Street<br>Kansas City , KS66101 | | **Genitourinary Complaints**<br>**Professional Nursing Documentation Tool** | |  |
|---|---|---|---|---|
| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**7/1/2022** |

*Patient Allergies:*

☐ *Mucous in stools* ☐ *Myalgia* ☐ *Malaise* ☐ *Tingling sensation* ☐ *Rash*

Last Void:  *07/01/2022*

Color: ☐ *Light Yellow* ☑ *Gold* ☐ *Orange* ☐ *Brown* ☐ *Dark Brown*

Turbidity: ☑ *Clear* ☐ *Slightly Cloudy* ☐ *Cloudy*

Aggravating/Alleviating factors:

Any symptom changes during the past 24 hours:                    ○ *Yes* ◉ *No*
Explain:

Do these symptoms interfere with activities of daily living?          ○ *Yes* ◉ *No*
Explain:

What treatment/therapy has been tried?
*Patient had indwelling catheter removed 2 days ago and has started using straight catheters with alcohol and lube*

Did it work?                              ○ *Yes* ○ *No*
If yes, explain:

Have you ever had these symptoms
before?                                   ◉ *Yes* ○ *No*
If yes, when:                             *UTI 01/22*

**Past medical history:**

Foreign Travel?              ○ *Yes* ◉ *No*
Medications:                 ☐ *None* ☐ *List current medications*
(include contraceptives, antibiotics, over the counters, and prescriptions)

Have you had any similar problems in the past?     ◉ *Yes* ○ *No*
If yes, explain:                                    *UTI*
Have you had any surgeries in the past?
☑ *None* ☐ *Hysterectomy* ☐ *Nephrectomy* ☐ *Lithotomy* ☐ *Prolapse* ☐ *Gender Reassignment*
☐ *Uterine Repair* ☐ *Bladder Repair* ☐ *Rectum Repair* ☐ *Other:*

Any known chronic diseases for self and family?
☐ *None* ☐ *Diabetes* ☐ *Kidney Failure* ☐ *Pyelonephritis* ☐ *Sickle Cell* ☐ *Urinary Tract Disease*
☐ *Kidney Stones* ☐ *Other:*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Genitourinary Complaints**
Professional Nursing Documentation Tool

 wellpath

| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**7/1/2022** |
|---|---|---|---|---|

*Patient Allergies:*
☐ *Kidney Stones* ☐ *Other:*

**Social History:**

| | |
|---|---|
| Tobacco Use? | ○ *Yes* ○ *No* |
| If yes, _____ packs per day for _____ years | |
| Drug Use? | ○ *Yes* ○ *No* |
| If yes, explain type, amount, frequency: | |
| Alcohol Use? | ○ *Yes* ○ *No* |
| If yes, explain type, amount, frequency: | |
| Known exposure to STD? | ○ *Yes* ○ *No* |
| If yes, explain: | |

Sexual preference? ☐ *Same-sex* ☐ *Bi-sexual* ☐ *Heterosexual* ☐ *Decline to share*

☐ **Female Patients Only**

**Mental Health:**

| | |
|---|---|
| Have you been feeling overwhelmed or thinking that things are too much to handle? | ○ *Yes* ◉ *No* |
| *(if yes refer to MH urgently)* | |
| Are you worried that you might harm yourself? | ○ *Yes* ◉ *No* |
| *(if yes, initiate self-harm watch protocols)* | |

**Additional Information:**

## OBJECTIVE

**Vital Signs - *Contact health care provider if vital signs are outside of parameters**
*B/P *SBP ≥ 180 or ≤ 90 *DBP ≥ 110 or ≤ 60*
*Pulse *remains ≥ 110 or ≤ 60*
*Temp * > 101 ℉*
*O2 Sat * < 90%*

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-01-<br>2022 | | | | | | | | | | | |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Genitourinary Complaints**
Professional Nursing Documentation Tool



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▇▇▇▇ | 7/1/2022 |

Patient Allergies:

| Date | | | | | CX | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-01-2022 05:27 PM CST | 128/84 | 84 | 18 | 97.20 | 98 | - | - | - | - | - | - |

**Appearance:**

☑ no apparent distress ☐ generalized illness ☐ appears uncomfortable

Skin: ☑ normal ☐ rash ☐ painless ulcer (chancre) ☐ papules ☐ vesicles

Mouth/Throat: ☑ normal ☐ erythema ☐ lesions

Abdominal exam: ☐ normal, soft non-tender ☐ flat ☐ distended ☐ rotund ☐ suprapubic tenderness

☐ rebound ☐ tenderness ☐ rigidity ☐ guarding ☐ mass(es) palpated, location

☐ right CVA tenderness ☐ left CVA tenderness ☐ other:

Inguinal lymph nodes: ☐ normal, non-tender and non-enlarges ☐ tender ☐ enlarged

Labs: (Urinalysis Results form) ☐ not indicated ☑ urine dipstick if suspected UTI or pyelonephritis

☐ HCG if female of childbearing age with abdominal pain

External genital exam: ☐ not indicated ☐ normal ☐ swelling ☐ discoloration ☐ trauma

☐ lesions ☐ discharge ☐ rash

Evidence of possible abuse? ○ Yes ○ No

If yes, explain:

**Additional Information:**

**STOP: LVNs, LPNs, EMTs and RNs who are not authorized to implement protocols must consult a provider before continuing.**

Provider Contacted:

Date/Time:

**NANDA Assessment (RN only- all others defer to provider)**

☐ Alteration in comfort related to

☐ Alteration in tissue integrity related to

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Genitourinary Complaints**
**Professional Nursing Documentation Tool**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **7/1/2022** |

Patient Allergies:

☐ Alteration in tissue integrity related to

☐ Altered pattern of urinary elimination related to frequency as evidenced by urinary tract infection

☐ Fear related to

☐ High risk for infection related to

☐ Knowledge deficit related to

☐ Pain: Dysuria related to inflammatory process in bladder as evidenced by

## Plan and Education

When an authorized nurse implements a Wellpath professional nursing protocol plan that includes medication, the nurse shall consider: drug to drug interactions; drug contraindications; if necessary, verify pregnancy status when ordering medications; Ibuprofen will not be ordered for any patient with complaints of stomach pain, history of ulcers and/or GI bleed, for patients on anticoagulation therapy, or on aspirin; physician consult is required for patients 12 year old and younger.

### EMERGENT CONDITIONS: Contact medical provider immediately or refer to Emergency Department

☐ EMERGENT GU CONDITIONS

- Back pain, oliguria (less than 400 ml output or urine/day), anuria or urinary retention (inability to urinate for more than 12 hours), weakness, headache, edema (consider tubular necrosis or glomerulonephritis)

- Severe flank or inguinal pain, hematuria with or without history of kidney stones (consider acute renal calculi)

- High Fever (above 101F), hypotension, or if the patient looks systematically ill (consider urosepsis or pyelonephritis)

-Female: chills, pelvic pain, vomiting, severe lower abdominal pain with rebound pain or rigidity, purulent vaginal discharge (may or may not be accompanied by fever, tachycardia, nausea with or without vomiting, malaise, or dysuria), painful intercourse, history of positive Genitourinary Chlamydia (GC) or history of contact; consider Pelvic Inflammatory Disease (PID)

- Male: Testicular pain, swelling, discoloration, sudden onset of severe local pain, nausea and vomiting followed by scrotal edema and fever, severe edema and/or hematoma (consider testicular torsion)

☐ PROSTATITIS, ACUTE: Male with perianal and/or low back pain, urinary frequency, retention, burning, chills, fever above 101 F

### NON-EMERGENT CONDITIONS

☐ CHLAMYDIA INFECTION: Dysuria, frequency, urgency, urethral discharge, itching around urethra,

| Wyandotte Detention Center, KS Wyandotte County (WDD) 710 N 7th Street Kansas City , KS66101 | | **Genitourinary Complaints** Professional Nursing Documentation Tool | |  |

| Patient Name KEYAUN M LEE | Patient Number 158736 | Booking Number 2022000033 | Birth Date | Date Of Service 7/1/2022 |
|---|---|---|---|---|

Patient Allergies:

☐ CHLAMYDIA INFECTION: Dysuria, frequency, urgency, urethral discharge, itching around urethra, vaginal discharge, pelvic pain/tenderness or testicular and/or prostatic tenderness; positive chlamydia laboratory test or has a history of exposure.

☐ GENITAL LESIONS:

- Chancroid: Indurated painful ulcer with necrotic base and red margins, tender, swollen, fluctuant inguinal lymph nodes

- Genital Warts: (Condylomata Acuminata, Venereal/Moist Warts) Small to large, dry fungating wart-like growths in vagina, anus, pharynx or penis, painless, itching at times, females may notice malodorous discharge.

- Herpes Genitalis: indurated papules with vesicles and ulcer formation on vagina, cervix, penis, scrotum anus, or mouth (lesions may be isolated or joined), inguinal lymphadenopathy, vaginal discharge, fever, headache, myalgia, malaise; tingling sensation or itching, dysuria

☐ GONORRHEA: may be asymptomatic, history of exposure and/or have positive culture for gonorrhea. Chills, fever, malaise, dysuria, sore throat, mucous in stools, urethral discharge, enlarged and tender inguinal lymph nodes, dysmenorrhea, lower abdominal tenderness with rebound tenderness and/or rigidity, purulent vaginal discharge in females and testicular pain and erythematous pharynx in males.

☐ MENSTRUAL CRAMPS: Females with cramp-like pain bilaterally in lower abdomen, pelvic area, nausea, onset of menses (or are due to start), may have thigh and/or back pain

☐ REACTIVE RPR/VDRL: Syphilis is a contagious disease producing chancres, lymphadenopathy, rash, sore throat, patchy hair loss, headaches, weight loss, muscle aches, fatigue, and it its late stages; blindness, confusion, seizures, and death.

☐ RENAL CALCULI: Severe flank or inguinal pain, hematuria (visualized or dipstick) and/or nausea/vomiting with a history of kidney stones

☑ URINARY TRACT INFECTION: low-grade fever less than 101F, urinary frequency, burning upon urination, dysuria, abdominal pain, costovertebral angle (CVA) pain, hematuria

☐ BACTERIAL VAGINOSIS (GARDNERELLA VAGINALIS): Thin, gray-white malodorous discharges with minimal redness or irritation of vulva

☐ YEAST INFECTION: Monilial (Candidiasis) Vaginitis: White semi-adherent curdy vaginal discharge with or without odor, vaginal itching, burning or soreness, history of recent use of antibiotics, oral contraceptives, or other drugs, pregnancy, often a history of diabetes mellitus.

---

**Additional Information:**

| Form Folder and Number: Nursing Documentation ND54.0 | Form Owner: Karina Purcell/Dr. William Ruby | Accreditation: All | Active / Last Revision Date: February 9, 2021 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Wyandotte Detention Center, KS<br>Wyandotte County (WDD)<br>710 N 7th Street<br>Kansas City , KS66101 | | **Genitourinary Complaints**<br>Professional Nursing Documentation Tool | |  |

| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**7/12/2022** |
|---|---|---|---|---|

*Patient Allergies:*

| Observed<br>Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*STOP: If the patient is Dyspneic, Diaphoretic, Cyanotic or Unresponsive: initiate emergency response and activate EMS. Do not leave the patient. Complete the Emergency Response Documentation Tool and contact a health care provider.*

## SUBJECTIVE

**Situation and Background:**

*"I'm still having pain. My UTI has not cleared up yet."*

**Current symptoms:**

☑ *Pain* ☑ *Cramping* ☐ *Polyuria* ☐ *Dysuria* ☐ *Hematuria* ☐ *Frequency*

☑ *Urgency* ☐ *Discharge* ☐ *Sores* ☐ *Warts* ☐ *Other:*

**Symptoms Onset:**       ☐ *Sudden* ☑ *Gradual*        Duration *1.5 weeks*

**Location of Pain or Discomfort:**

☐ *Flank* ☐ *Inguinal* ☐ *Suprapubic* ☐ *Testicular* ☐ *Groin* ☑ *Abdominal* ☐ *Pelvic* ☐ *Other:*

**Symptom Characteristics:**

| | |
|---|---|
| Frequency: | ☑ *None* ☐ *Constant* ☐ *Intermittent* |
| Pain: | ☐ *None* ☐ *Sharp* ☑ *Dull* ☐ *Aching* ☐ *Radiation* |
| Urination: | ☐ *Normal* ☑ *Urgency* ☐ *Dysuria* ☐ *Frequency* |
| Discharge: | ☑ *None* ☐ *Copious Amount* ☐ *Scant Amount* ☐ *Green* ☐ *White* ☐ *Frothy* |
| | ☐ *Fishy Odor* ☐ *Foul Odor* ☐ *Other:* |

Associated symptoms:

☐ *Pruritus* ☐ *Costovertebral Angle (CVA) Tenderness* ☐ *Discharge* ☐ *Chills* ☐ *Fever* ☐ *Nausea*

☑ *Backache* ☐ *Abdominal Pain* ☐ *Vomiting* ☐ *Headache* ☐ *Lymphadenopathy* ☐ *Dysmenorrhea*

☐ *Mucous in stools* ☐ *Myalgia* ☐ *Malaise* ☐ *Tingling sensation* ☐ *Rash*

Last Void:       *1230*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Genitourinary Complaints**
Professional Nursing Documentation Tool

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **7/12/2022** |

*Patient Allergies:*

Last Void:  *1230*

Color:  ☐ *Light Yellow* ☑ *Gold* ☐ *Orange* ☐ *Brown* ☐ *Dark Brown*

Turbidity:  ☐ *Clear* ☐ *Slightly Cloudy* ☑ *Cloudy*

Aggravating/Alleviating factors:  *none*

Any symptom changes during the past 24 hours:  ○ *Yes* ◉ *No*
Explain:

Do these symptoms interfere with activities of daily living?  ○ *Yes* ○ *No*
Explain:

What treatment/therapy has been tried?
*pyridium*

Did it work?  ◉ *Yes* ○ *No*
If yes, explain:  *helped relieve pain*

Have you ever had these symptoms before?  ◉ *Yes* ○ *No*
If yes, when:  *3 weeks ago*

**Past medical history:**

Foreign Travel?  ○ *Yes* ◉ *No*

Medications:  ☐ *None* ☑ *List current medications*
(include contraceptives, antibiotics, over the counters, and prescriptions)
*xarelto remeron*

Have you had any similar problems in the past?  ◉ *Yes* ○ *No*
If yes, explain:  *d/t straight cath*

Have you had any surgeries in the past?
☑ *None* ☐ *Hysterectomy* ☐ *Nephrectomy* ☐ *Lithotomy* ☐ *Prolapse* ☐ *Gender Reassignment*
☐ *Uterine Repair* ☐ *Bladder Repair* ☐ *Rectum Repair* ☐ *Other:*

Any known chronic diseases for self and family?
☐ *None* ☐ *Diabetes* ☐ *Kidney Failure* ☐ *Pyelonephritis* ☐ *Sickle Cell* ☐ *Urinary Tract Disease*
☐ *Kidney Stones* ☑ *Other:*
*coagulation defect*

| | | | | |
|---|---|---|---|---|
| **Wyandotte Detention Center, KS**<br>*Wyandotte County (WDD)*<br>*710 N 7th Street*<br>*Kansas City , KS66101* | | **Genitourinary Complaints**<br>**Professional Nursing Documentation Tool** | |  |

| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**7/12/2022** |
|---|---|---|---|---|

Patient Allergies:
Coagulation defect

**Social History:**

Tobacco Use?                                    ○ Yes ◉ No

If yes, _____ packs per day for _____ years

Drug Use?                                          ○ Yes ◉ No

If yes, explain type, amount, frequency:

Alcohol Use?                                      ○ Yes ◉ No

If yes, explain type, amount, frequency:

Known exposure to STD?                    ○ Yes ◉ No

If yes, explain:

Sexual preference?  ☐ Same-sex ☐ Bi-sexual ☑ Heterosexual ☐ Decline to share

☐ **Female Patients Only**

**Mental Health:**

Have you been feeling overwhelmed or thinking that things are too much to handle?          ○ Yes ◉ No

*(if yes refer to MH urgently)*

Are you worried that you might harm yourself?                                                                        ○ Yes ◉ No

*(if yes, initiate self-harm watch protocols)*

**Additional Information:**

## OBJECTIVE

**Vital Signs - *Contact health care provider if vital signs are outside of parameters**
**B/P *SBP ≥ 180 or ≤ 90 *DBP ≥ 110 or ≤ 60**
**Pulse *remains ≥ 110 or ≤ 60**
**Temp * > 101 ℉**
**O2 Sat * < 90%**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-12-2022 | 112/90 | 88 | 16 | 98.20 | 99 | - | - | - | - | - | - |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Genitourinary Complaints**
Professional Nursing Documentation Tool



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 7/12/2022 |

Patient Allergies:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 01:49 PM CST | 112/90 | 88 | 16 | 98.20 | 99 | - | - | - | - | - | - |

---

**Appearance:**

☑ no apparent distress ☐ generalized illness ☐ appears uncomfortable

Skin: ☑ normal ☐ rash ☐ painless ulcer (chancre) ☐ papules ☐ vesicles

Mouth/Throat: ☑ normal ☐ erythema ☐ lesions

Abdominal exam: ☑ normal, soft non-tender ☐ flat ☐ distended ☐ rotund ☐ suprapubic tenderness

☐ rebound ☐ tenderness ☐ rigidity ☐ guarding ☐ mass(es) palpated, location

☐ right CVA tenderness ☐ left CVA tenderness ☐ other:

Inguinal lymph nodes: ☑ normal, non-tender and non-enlarges ☐ tender ☐ enlarged

Labs: (Urinalysis Results form) ☐ not indicated ☑ urine dipstick if suspected UTI or pyelonephritis

☐ HCG if female of childbearing age with abdominal pain

External genital exam: ☑ not indicated ☐ normal ☐ swelling ☐ discoloration ☐ trauma

☐ lesions ☐ discharge ☐ rash

Evidence of possible abuse? ○ Yes ◉ No

If yes, explain:

**Additional Information:**

---

*STOP: LVNs, LPNs, EMTs and RNs who are not authorized to implement protocols must consult a provider before continuing.*

Provider Contacted:

Date/Time:

---

**NANDA Assessment (RN only- all others defer to provider)**

☐ Alteration in comfort related to

☐ Alteration in tissue integrity related to

| Wyandotte Detention Center, KS<br>Wyandotte County (WDD)<br>710 N 7th Street<br>Kansas City , KS66101 | | **Genitourinary Complaints**<br>**Professional Nursing Documentation Tool** | |  |
|---|---|---|---|---|
| Patient Name<br>**KEYAUN M LEE** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Birth Date | Date Of Service<br>**7/12/2022** |

Patient Allergies:
☐ *Alteration in tissue integrity related to*

☐ *Altered pattern of urinary elimination related to frequency as evidenced by urinary tract infection*

☐ *Fear related to*

☐ *High risk for infection related to*

☐ *Knowledge deficit related to*

☐ *Pain: Dysuria related to inflammatory process in bladder as evidenced by*

## Plan and Education

*When an authorized nurse implements a Wellpath professional nursing protocol plan that includes medication, the nurse shall consider: drug to drug interactions; drug contraindications; if necessary, verify pregnancy status when ordering medications; Ibuprofen will not be ordered for any patient with complaints of stomach pain, history of ulcers and/or GI bleed, for patients on anticoagulation therapy, or on aspirin; physician consult is required for patients 12 year old and younger.*

**EMERGENT CONDITIONS: Contact medical provider immediately or refer to Emergency Department**

☐ *EMERGENT GU CONDITIONS*

*- Back pain, oliguria (less than 400 ml output or urine/day), anuria or urinary retention (inability to urinate for more than 12 hours), weakness, headache, edema (consider tubular necrosis or glomerulonephritis)*

*- Severe flank or inguinal pain, hematuria with or without history of kidney stones (consider acute renal calculi)*

*- High Fever (above 101F), hypotension, or if the patient looks systematically ill (consider urosepsis or pyelonephritis)*

*-Female: chills, pelvic pain, vomiting, severe lower abdominal pain with rebound pain or rigidity, purulent vaginal discharge (may or may not be accompanied by fever, tachycardia, nausea with or without vomiting, malaise, or dysuria), painful intercourse, history of positive Genitourinary Chlamydia (GC) or history of contact; consider Pelvic Inflammatory Disease (PID)*

*- Male: Testicular pain, swelling, discoloration, sudden onset of severe local pain, nausea and vomiting followed by scrotal edema and fever, severe edema and/or hematoma (consider testicular torsion)*

☐ *PROSTATITIS, ACUTE: Male with perianal and/or low back pain, urinary frequency, retention, burning, chills, fever above 101 F*

**NON-EMERGENT CONDITIONS**

☐ *CHLAMYDIA INFECTION: Dysuria, frequency, urgency, urethral discharge, itching around urethra, vaginal discharge, pelvic pain/tenderness or testicular and/or prostatic tenderness; positive chlamydia*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Genitourinary Complaints**
**Professional Nursing Documentation Tool**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | ▮ | **7/12/2022** |

*Patient Allergies:*
☐ CHLAMYDIA INFECTION: Dysuria, frequency, urgency, urethral discharge, itching around urethra, vaginal discharge, pelvic pain/tenderness or testicular and/or prostatic tenderness; positive chlamydia laboratory test or has a history of exposure.

☐ GENITAL LESIONS:

- Chancroid: Indurated painful ulcer with necrotic base and red margins, tender, swollen, fluctuant inguinal lymph nodes

- Genital Warts: (Condylomata Acuminata, Venereal/Moist Warts) Small to large, dry fungating wart-like growths in vagina, anus, pharynx or penis, painless, itching at times, females may notice malodorous discharge.

- Herpes Genitalis: indurated papules with vesicles and ulcer formation on vagina, cervix, penis, scrotum anus, or mouth (lesions may be isolated or joined), inguinal lymphadenopathy, vaginal discharge, fever, headache, myalgia, malaise; tingling sensation or itching, dysuria

☐ GONORRHEA: may be asymptomatic, history of exposure and/or have positive culture for gonorrhea. Chills, fever, malaise, dysuria, sore throat, mucous in stools, urethral discharge, enlarged and tender inguinal lymph nodes, dysmenorrhea, lower abdominal tenderness with rebound tenderness and/or rigidity, purulent vaginal discharge in females and testicular pain and erythematous pharynx in males.

☐ MENSTRUAL CRAMPS: Females with cramp-like pain bilaterally in lower abdomen, pelvic area, nausea, onset of menses (or are due to start), may have thigh and/or back pain

☐ REACTIVE RPR/VDRL: Syphilis is a contagious disease producing chancres, lymphadenopathy, rash, sore throat, patchy hair loss, headaches, weight loss, muscle aches, fatigue, and it its late stages; blindness, confusion, seizures, and death.

☐ RENAL CALCULI: Severe flank or inguinal pain, hematuria (visualized or dipstick) and/or nausea/vomiting with a history of kidney stones

☐ URINARY TRACT INFECTION: low-grade fever less than 101F, urinary frequency, burning upon urination, dysuria, abdominal pain, costovertebral angle (CVA) pain, hematuria

☐ BACTERIAL VAGINOSIS (GARDNERELLA VAGINALIS): Thin, gray-white malodorous discharges with minimal redness or irritation of vulva

☐ YEAST INFECTION: Monilial (Candidiasis) Vaginitis: White semi-adherent curdy vaginal discharge with or without odor, vaginal itching, burning or soreness, history of recent use of antibiotics, oral contraceptives, or other drugs, pregnancy, often a history of diabetes mellitus.

**Additional Information:**

| Form Folder and Number: Nursing Documentation ND54.0 | Form Owner: Karina Purcell/Dr. William Ruby | Accreditation: All | Active / Last Revision Date: February 9, 2021 |
|---|---|---|---|

**Genitourinary - Urinary Tract Infection**
Professional Nursing Protocol Provider's Orders

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ███ | 7/12/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*STOP: LVNs, LPNs, EMTs and RNs who are not authorized to implement protocols must consult a provider before continuing.*

## Provider's Order

### Dipstick analysis of clean-catch urine specimen

☐ If positive for leukocyte esterase, nitrates, or blood; send specimen for microscopic urinalysis; if pregnant, get culture and sensitivity

☐ If positive dipstick urine test in non-immunocompromised female, no history of recurrent tract infections and does not appear systematically ill: urine does not need to be sent out for further study.

☐ If negative dipstick with clinical history and highly suspicious for urinary tract infection: send specimen for microscopic urinalysis.

**Positive dipstick for leukocyte esterase, blood, and/or nitrites and patient does not appear systematically ill;**

☐ Check urine HCG to rule out pregnancy

### Over the Counter Medication:

☐ Urinary analgesic: Phenazopyridine (Pyridium) 100mg tab by mouth 4 times a day as needed for pain for 3 days

**For fever;**

☑ Acetaminophen (Tylenol) 325mg, 2 tabs by mouth twice a day as needed for 5 days

**OR if allergic to Acetaminophen, give instead:**

☐ Ibuprofen 200mg, 2 tabs by mouth twice a day as needed for 5 days

☑ Contact medical provider for antibiotic orders

☐ Check vital signs with temp every shift until afebrile

☐ May order bed rest or no work for 3 days

### Patient Education:

☑ Return to clinic if symptoms are not resolved within 3 days

**Genitourinary - Urinary Tract Infection**
**Professional Nursing Protocol Provider's Orders**

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 7/12/2022 |

☑ Return to clinic if symptoms are not resolved within 3 days

☑ Increase fluid intake

☑ Notify medical/custody with any change in status, such as fever, abdominal or flank pain

**Additional Orders:**

Rocephin 1 gm now Cipro 500 mg BID x 7 days

**Verbal Order from Provider:** A Jones, APRN
**WPNP Authorized Nurse:** R Mundy, RN

| Form Folder and Number: Nursing Documentation ND61.0 | Form Owner: Karina Purcell | Accreditation: All | Active / Last Revision Date: February 9, 2021 |
|---|---|---|---|

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ▮▮▮ | 8/13/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q HS | 6/9/2022 8:00:00 PM | 8/31/2022 7:59:00 PM |
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 7/9/2022 8:00:00 PM | 10/7/2022 7:59:00 PM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:**   ◉ Free Text ○ SOAPE

Added 08/13/2022 01:36 PM CST by LiWhite LPN/LVN

*Sick call received :I have a UTI. Lower back and difficulty urinating. There was a huge blood clot earlier today. Medical evaluated patient. UA collected 08/13/2022 at 1250 which was cloudy and yellow. Urine dip showed +leuk, +nitrites, +protein, +blood, trace ketone and bilirubin. Specimen sent to Labcorp for UA and C&S. Dr Stanton called for ABT orders at 1336. Patient verbalizes understanding and educated importance on cleaning penis before straight catheterization due to increase source of infection. Patient had an UTI July 2022 also.*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | **158736** | **2022000033** | | **8/13/2022** |

*Patient Allergies:*
  *2022 also.*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| **KEYAUN M LEE** | 158736 | 2022000033 | █████ | 9/28/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Mirtazapine) Remeron 15 mg tablet | 3.00 tablet | Wyandotte Adult: Q HS | 7/9/2022 8:00:00 PM | 10/7/2022 7:59:00 PM |
| (rivaroxaban) Xarelto 10 mg tablet | 1.00 tablet | Wyandotte Adult: Q HS | 9/24/2022 8:00:00 PM | 12/16/2022 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Wyandotte Adult: TID AM 1300 & HS | 9/17/2022 8:00:00 PM | 12/16/2022 7:59:00 PM |
| (Amlodipine) Norvasc 5 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 9/18/2022 8:00:00 AM | 12/17/2022 7:59:00 AM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**      ○ *Free Text* ○ *SOAPE*

*Added 09/28/2022 12:47 AM CST by CJacksonThomas LPN/LVN*

*9/28/22 @ 2442 PT. WAS SEEN FOR SICK CALL*
*PT. WAS GIVEN 3 CATHETERS 3 LUBES AND A CUP FOR URINE TO BE TESTED FOR CHRONIC*
*UTI'S*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ███████ | 9/28/2022 |

Patient Allergies:

PT. WAS GIVEN 3 CATHETERS 3 LUBES AND A CUP FOR URINE TO BE TESTED FOR CHRONIC UTI'S

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Daily Treatment Record



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| LEE, KEYAUN M | 158736 | 2022000033 | | 9/30/2022 |

Patient Location ___F-13___

Treatment Ordered ☐ Nebulizer Treatments ☐ Weight Checks
(Check One) ☐ Blood Pressures ☐ Other

Order as Written: Give 3 12fr Catheters, Lube + med briefs

Treatment Frequency: ☐ QD ☐ BID ☐ Other: PRN

Begin Date: 10/1/22    End Date Until released

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | *Issued 3briefs 3caths 2lubes CSRN* | | | | | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | *3caths 1 bag of briefs given RN* | | | *3caths given Jlube* | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | | *3 caths given RN RN* | | | | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | |
| 29 | 30 | 31 | Initials | Signature | Initials | Signature |
| *3 caths given* | | | | | | |

- Upon completion of ordered Blood Pressure and Weight Checks, place the completed Treatment record into the health record and schedule patient for a physical evaluation

- Report all Blood Pressures according to protocol to the Physician

© 2007 Correct Care Solutions, LLC
CCS-TX04



Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Physician Order-
Verbal/Telephone**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | | 10/20/2022 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

## Orders

☑ *Verbal*

☐ *Telephone Order*

Added 10/20/2022 05:44 PM CST by CSchildknecht RN

*VORB: Alicia Jones APRN/C. Schildknecht RN
Macrobid- 1 PO BID x 7 days.*

☑ Noted by **RN on 10/20/2022, 5:43:29 PM**

**Wyandotte County (WDD)**
710 N 7th Street
Kansas City, KS  66101
P: 913-573-8132 fax 913-573-8137

 **wellpath**
To hope and healing.

| Refusal of Clinical Services | | | Status: ☐ Adult | ☐ Juvenile |
|---|---|---|---|---|
| Patient Name<br>**LEE, KEYAUN M** | Patient Number<br>**158736** | Booking Number<br>**2022000033** | Date of Birth<br>▉▉▉▉ | Today's Date:<br>**11/15/2022** |

This is to certify that the above-named patient presently refuses: (check all that apply, medication refusal **NOT included on this form**)

☐ Sick Call          ☐ Chronic Care Clinic          ☐ Physical Exam (H&P)

☐ Mental Health       ☐ Dental Care                ☐ Off-Site Appointment:_____

☐ X-Ray Services      ☒ Laboratory Services         ☐ Other Diagnostic Tests:_____

☐ Pregnancy Testing   ☐ Other:_____

**Reason for Refusal:**_____None_____

I understand there are the following possible risks, complications, and/or side effects involved in refusing clinical services.

**Describe:**____Worsening medical condition_____

Pregnancy testing and treatment risks: I understand that some medical interventions and medications, or not receiving recommended care during a pregnancy may result in miscarriage, birth defects, developmental delays, or other medical issues.

I acknowledge that I have been fully informed of and understand the above recommendation(s), and the risks involved in refusing them.  I hereby release and agree to hold harmless the City/County/State, statutory authority, Wellpath LLC, all correctional personnel, my health care provider, and all healthcare personnel from all responsibility and any ill effects which may result from this action/refusal. By signing this document, I personally assume all responsibility for my refusal.

I understand that I will continue to have access to health care, and may resubmit a request for this service.

I understand the information on this form and have had the opportunity to ask questions.

| _____ | | _Brenice RN_____ | 11/15/24 |
|---|---|---|---|
| Signature of Patient | Date/Time | Signature of QHP/Title | Date/Time |

**PLEASE NOTE:** If the patient refuses to sign, two (2) people shall witness this, and the circumstances of refusal documented.

_C B Dunn_____ / _____11/15/22_____
Signature of Additional Witness                    Date/Time

**Completed:** ☐ In-Person    ☐ Telehealth

| Form Folder and Number:<br>Consents and Refusals CR08.2 | Form Owner:<br>Forms Committee | Accreditation:<br>All | Active / Last Revision Date:<br>December 15, 2020 |
|---|---|---|---|

*D14699BD126003751C12443528CP49800PNXN*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Physician Order-**
**Verbal/Telephone**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEYAUN M LEE | 158736 | 2022000033 | ████████ | 11/15/2022 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-10-2022 | Chronic | Circulatory | Essential (primary) hypertension | Alicia G. Jones |
| 01-10-2022 | Chronic | Psych | Post-traumatic stress disorder, chronic | Charles Zaylor |
| 03-11-2016 | Chronic | Psych | Unspecified Major Depression, Recurrent Episode | Charles Zaylor |
| 01-14-2016 | Acute | Heme | Coagulation Defect Not Elsewhere Classified and Not Otherwise Specified | |
| 01-05-2016 | Acute | GI | Acute Gastric Ulcer Not Otherwise Specified | hospital |
| 01-02-2016 | Acute | External | Gastritis, unspecified, with bleeding | hospital |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 01-11-2016 | Allergy Items | Ibuprofen | Unknown Reaction |
| 05-19-2016 | Allergy Items | NSAIDS | Abdominal Pain |

## Orders

☑ *Verbal*

☐ *Telephone Order*

> Added 11/15/2022 03:47 PM CST by rmundy RN
>
> ROCEPHIN 1 GRAM IM DAILY X 3 DAYS
> URINALYSIS WITH C&S
>
>
> VORB: A. JONES, APRN/R. MUNDY, RN

☑ *Noted by* **RN on 11/15/2022, 3:46:59 PM**

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS  66101**
**P: 913-573-8132 fax 913-573-8137**



**wellpath®**
To hope and healing.

| Refusal of Clinical Services | | | Status: ☒ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
| **LEE, KEYAUN M** | **158736** | **2022000033** | ▮▮▮▮▮ | **1/31/2023** |

This is to certify that the above-named patient presently refuses: (check all that apply, medication refusal NOT included on this form)

☐Sick Call          ☐Chronic Care Clinic          ☐Physical Exam (H&P)

☐Mental Health          ☐Dental Care          ☐Off-Site Appointment:_____

☐X-Ray Services          ☐Laboratory Services          ☐Other Diagnostic Tests:_____

☐Pregnancy Testing   ☒Other: _Issue Cathetors + Supplies_

Reason for Refusal: _Deputy Stated pt said "NO"_

I understand there are the following possible risks, complications, and/or side effects involved in refusing clinical services.

Describe: _Delay In Care_

Pregnancy testing and treatment risks. I understand that some medical interventions and medications, or not receiving recommended care during a pregnancy may result in miscarriage, birth defects, developmental delays, or other medical issues.

I acknowledge that I have been fully informed of and understand the above recommendation(s), and the risks involved in refusing them.  I hereby release and agree to hold harmless the City/County/State, statutory authority, Wellpath LLC, all correctional personnel, my health care provider, and all healthcare personnel from all responsibility and any ill effects which may result from this action/refusal. By signing this document, I personally assume all responsibility for my refusal.

I understand that I will continue to have access to health care, and may resubmit a request for this service.

I understand the information on this form and have had the opportunity to ask questions.

_C. Schildknecht RN_  1/31/23

| Signature of Patient | Date/Time | Signature of QHP/Title | Date/Time |
|---|---|---|---|

**PLEASE NOTE:** If the patient refuses to sign, two (2) people shall witness this, and the circumstances of refusal documented.

_[signature]_ LPN   1/31/23

Signature of Additional Witness        Date/Time

Completed: ☐ In-Person        ☐ Telehealth

| Form Folder and Number: | Form Owner: | Accreditation: | Active / Last Revision Date: |
|---|---|---|---|
| Consents and Refusals CR08.2 | Forms Committee | All | December 15, 2020 |

*D146998DI260037SIC124435528CP6960PNXN*